UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual<br><br>            Plaintiff,<br><br>      v.<br><br>CALPAC PIZZA, LLC, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00232-NONE-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION TO SET ASIDE ENTRY OF DEFAULT OF DEFENDANT CALPAC PIZZA, LLC**<br>(Doc. 9) |

Based upon the stipulation of the parties (Doc. 9) the entry of default against Calpac Pizza, LLC is set aside. Calpac Pizza, LLC SHALL file a responsive pleading no later than May 7, 2021.

IT IS SO ORDERED.

   Dated:   **April 21, 2021**              _ /s/ Jennifer L. Thurston
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

65881494v1

1

STIPULATION TO SET ASIDE ENTRY OF DEFAULT