# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | ) Case No.: 1:21-cv-00232-NONE-JLT |
| Plaintiff, | ) |
| | ) ORDER REFERRING THE MATTER TO VDRP |
| v. | ) |
| CALPAC PIZZA, LLC, a Delaware Limited Liability Company, et al., | ) |
| | ) |
| Defendants. | ) |

On May 13, 2021, the parties submitted a joint scheduling report. (Doc. 13.) The report indicates that "[t]he Parties will stipulate to referral of this action to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271." (Id. at 6.) Therefore, the Court **ORDERS**:

1. The Scheduling Conference set for May 24, 2021 is **VACATED**;
2. The matter is referred to the Voluntary Dispute Resolution Program; and
3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated: **May 18, 2021**     /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE