**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE AVALOS,<br><br>            Plaintiff,<br><br>      v.<br><br>CALPAC PIZZA, LLC, et al.,<br><br>            Defendants. | Case No.: 1:21-cv-00232 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br><br>(Doc. 18) |

The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1).  (Doc. 18) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **August 27, 2021**                        **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE